**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK**

| | | |
|---|---|---|
| **DORY BRENDAN HUX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **NEUTROGENA CORPORATION,** | ) | |
| **JOHNSON & JOHNSON, and JOHNSON &** | ) | |
| **JOHNSON CONSUMER, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Dixie T. Wells, concerning Robyn S. Maguire, on June 20, 2023. Robyn S. Maguire seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Robyn S. Maguire is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 20, 2023

David C. Keesler
United States Magistrate Judge