IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| | |
|---|---|
| DORY BRENDAN HUX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEUTROGENA CORPORATION, )<br>JOHNSON & JOHNSON, and JOHNSON & )<br>JOHNSON CONSUMER, INC., )<br>)<br>Defendant. )<br>)  | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Dixie T. Wells, concerning Nadine S. Kohane, on June 20, 2023. Nadine S. Kohane seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Nadine S. Kohane is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 20, 2023

David C. Keesler
United States Magistrate Judge