IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| | |
|---|---|
| DORY BRENDAN HUX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| NEUTROGENA CORPORATION, JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Brett E. Dressler, concerning Mark E. Chavez, on June 26, 2023. Mark E. Chavez seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Mark E. Chavez is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 26, 2023

David C. Keesler
United States Magistrate Judge