IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| | |
|---|---|
| DORY BRENDAN HUX,<br><br>Plaintiff,<br><br>v.<br><br>NEUTROGENA CORPORATION,<br>JOHNSON & JOHNSON, and JOHNSON<br>& JOHNSON CONSUMER, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) filed by Dixie T. Wells, concerning Mitchell Charchalis, on March 6, 2024. Mitchell Charchalis seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 38) is **GRANTED**. Mitchell Charchalis is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 6, 2024

David C. Keesler
United States Magistrate Judge