IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| DORY BRENDAN HUX, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| NEUTROGENA CORPORATION, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) filed by Dixie T. Wells, concerning James Murdica, on March 13, 2024. James Murdica seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) is **GRANTED**. James Murdica is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 13, 2024

David C. Keesler
United States Magistrate Judge