IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| | |
|---|---|
| DORY BRENDAN HUX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NEUTROGENA CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) filed by A. Todd Capitano, concerning Joseph D. Cohen, on March 28, 2024. Joseph D. Cohen seeks to appear as counsel *pro hac vice* for third-party witness Kathy Widmer. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) is **GRANTED**. Joseph D. Cohen is hereby admitted *pro hac vice* to represent third-party witness Kathy Widmer.

**SO ORDERED**.

Signed: March 28, 2024

David C. Keesler
United States Magistrate Judge