IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-215-FDW-DCK

| | |
|---|---|
| **DORY BRENDAN HUX,** | ) |
| **Plaintiff,** | ) **ORDER** |
| v. | ) |
| **NEUTROGENA CORPORATION, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 145) filed by Local Counsel Dixie T. Wells on June 24, 2024.

Applicant Amy Pepke seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 145) is **GRANTED**. Amy Pepke is hereby admitted *pro hac vice* to represent Defendants.

Signed: June 24, 2024

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge